```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
         -against-                 :     **21 CR 575 (VM)**
                                   :           <u>ORDER</u>
ARACELIS SOSA-URENA,               :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Tt is hereby ordered that an initial conference as to defendant Aracelis Sosa-Urena shall be scheduled for Friday, October 8, at 9:00 AM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         21 September 2021

_____
                Victor Marrero
                U.S.D.J.