USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :        **21 CR 575 (VM)**
                                    :               **ORDER**
ARACELIS SOSA-URENA,                :
                                    :
                  Defendant.        :
----------------------------------X
**VICTOR MARRERO, U.S.D.J.:**


    In light of the ongoing public health crisis, the conference

before the Honorable Victor Marrero on Friday, November 12,

2021 at 9:00 a.m. shall be a teleconference. The parties are

directed to use the dial-in number 888-363-4749, with access code

839-2198.

**SO ORDERED:**

Dated: November 10, 2021
       New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.