```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
                                         :
UNITED STATES OF AMERICA          :       ORDER
                                         :
     - v. -                           :       21 Cr. 575 (VM)
                                         :
ARACELIS SOSA-URENA,             :
                                         :
                 Defendant.    :
                                         :
- - - - - - - - - - - - - - - - - - - - X

**VICTOR MARRERO, U.S.D.J.:**

      On November 12, 2021, Aracelis Sosa-Urena ("Sosa-Urena") filed a letter motion for release on the basis that conditions could be imposed to mitigate her flight risk. (See Dkt. No. 28.) After reviewing Sosa-Urena's motion, as well as the relevant factual material in the record, the Court hereby DENIES Sosa-Urena's motion for conditional release.

      On September 9, 2021, Magistrate Judge Moses ordered that Sosa-Urena be detained because she posed an acute flight risk. (See Dkt. No. 20 at 28.) Specifically, Judge Moses based her finding on Sosa-Urena's three removals from the United States, including one after a prison sentence for illegal entry and one where she used a fake passport. (See id. at 28-29.) Given Sosa-Urena's history, Judge Moses found that "there are no conditions" to "'reasonably assure'" that Sosa-Urena would appear at future court proceedings. (See id. at 29).

      On October 7, 2021, Sosa-Urena filed a motion for release

from custody. (See Dkt. No. 14.) Judge Netburn denied the motion on the basis that Sosa-Urena remained a flight risk. (See Dkt. No. 24.) Sosa-Urena appealed Judge Netburn's order (see Dkt. No. 23), and this Court affirmed the finding. (See Dkt. No. 25.)

The Court concludes that Sosa-Urena's present motion presents no new facts or arguments to warrant a different outcome from the Court's previous denial of her release. The Magistrate Court considered imposing conditions as an alternative to detention and concluded no condition could mitigate Sosa-Urena's flight risk. (See Dkt. No. 20 at 29.) This Court has already found no compelling reason to upset this conclusion. (See Dkt. No. 25.) Additionally, Sosa-Urena's arguments that release is "necessary for her efficient preparation for trial, [to] stabilize her family and to enable her to pursue her pending applications and petitions before the United States Citizenship and Immigration Service" do not change the Court's determination that Sosa-Urena is a flight risk warranting detention. Therefore, the Court denies Sosa-Urena's motion for conditional release.

**SO ORDERED:**

DATE: _____
New York, New York
15 November 2021

_____
Victor Marrero
U.S.D.J.