```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :
UNITED STATES OF AMERICA                 :    ORDER
                                         :
    - v. -                               :    21 Cr. 575 (VM)
                                         :
ARACELIS SOSA-URENA,                     :
                                         :
                Defendant.               :
                                         :
- - - - - - - - - - - - - - - - -        X

**VICTOR MARRERO, U.S.D.J.:**

On December 13, 2021, the Government filed a letter regarding a potential conflict of interest faced by counsel for the above-named defendant. (See Dkt. No. 33.) The Government requested that the Court schedule an in-person hearing pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982). The Court hereby grants the Government's request. A hearing pursuant to United States v. Curcio shall be scheduled for January 6, 2022 at 12:00 PM.

**SO ORDERED:**

DATE: New York, New York

   14 December 2021

_____
Victor Marrero
U.S.D.J.