```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
     -against-                      :
                                    :         21 CR 575
ARACELIS SOSA-URENA,                :         ORDER
                                    :
                 Defendant.         :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The hearing pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982) scheduled for January 6, 2022 at 12:00 p.m. in this matter shall be rescheduled to January 6, 2022 at 1:00 p.m. In light of the ongoing public health crisis, this hearing shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

Defendant is directed to file a written waiver of her physical appearance and consent to a remote proceeding by January 4, 2022.

**SO ORDERED:**

Dated: New York, New York
       28 December 2021

_____
Victor Marrero
U.S.D.J.