USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                               :
UNITED STATES OF AMERICA     :   ORDER
                               :
    - v. -                     :   21 Cr. 575 (VM)
                               :
ARACELIS SOSA-URENA,         :
                               :
             Defendant.    :
                               :
------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    On January 6, 2022, counsel for defendant Aracelis Sosa-Urena filed his third motion seeking the conditional release of Ms. Sosa-Urena. (See Dkt. No. 37.) Upon review of the motion and related materials on the record, and considering the proceedings at the conference on this matter on January 6, 2022, the Court denies the motion on the basis that the motion presents no new facts or arguments to warrant a different outcome from the Court's previous two denials of Ms. Sosa-Urena's release.

**SO ORDERED:**

Dated:   New York, New York
          07 January 2022

_____
Victor Marrero
U.S.D.J.