USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/17/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                      :
 UNITED STATES OF AMERICA             :    ORDER
                                      :
    - v. -                            :    21 Cr. 575 (VM)
                                      :
 ARACELIS SOSA-URENA,                 :
                                      :
                      Defendant.      :
                                      :
- - - - - - - - - - - - - - - - - -   X

**VICTOR MARRERO, U.S.D.J.:**


On January 14, 2022, counsel for the above-named defendant filed a motion to withdraw as counsel pursuant to defendant's request. (See Dkt. No. 41.) The requested withdrawal and substitution of counsel is granted effective upon new counsel filing a notice of appearance.


**SO ORDERED:**

Dated:  New York, New York

    __17 January 2022__

_____
Victor Marrero
U.S.D.J.