```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :   ORDER
                                       :
    - v. -                             :   21 Cr. 575 (VM)
                                       :
ARACELIS SOSA-URENA,                   :
                                       :
                Defendant.             :
                                       :
- - - - - - - - - - - - - - - - - -    X

**VICTOR MARRERO, U.S.D.J.:**

On January 18, 2022, Jacob Kaplan filed a notice of appearance on behalf of the above-named defendant. Pursuant to this Court's January 17, 2022 order (see Dkt. No. 42), and in light of Mr. Kaplan's appearance, Owolabi Salis's withdrawal is hereby granted and the Curcio hearing scheduled for February 11, 2022 is canceled.

**SO ORDERED:**

Dated:   New York, New York

          20 January 2022

_____
Victor Marrero
U.S.D.J.