UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
    UNITED STATES OF AMERICA    :    <u>ORDER</u>

        - v. -    :    21 Cr. 575 (VM)

    ARACELIS SOSA-URENA,    :

                Defendant.    :
------------------X

**VICTOR MARRERO, U.S.D.J.:**

    On request by the Government, the pretrial submission deadline of May 9, 2022 is hereby adjourned pending reported plea discussions.

**SO ORDERED:**

Dated:  New York, New York
       06 May 2022

                                                      Victor Marrero
                                                          U.S.D.J.