```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
 UNITED STATES OF AMERICA              :    ORDER
                                       :
    - v. -                             :    21 Cr. 575 (VM)
                                       :
 ARACELIS SOSA-URENA,                  :
                                       :
                  Defendant.           :
                                       :
- - - - - - - - - - - - - - - - -      X
```

**VICTOR MARRERO, U.S.D.J.:**

On May 17, 2022, the Government filed a letter (Dkt. No. 48) requesting a conference in the above-captioned matter to address defendant's representation. A teleconference shall be scheduled in this matter for Friday, May 20, 2022 at 2:30 PM. The Government, CJA Counsel Jacob Kaplan, and Mr. Ugo Ugeh are directed to appear at this proceeding. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:  New York, New York
        18 May 2022

_____
Victor Marrero
U.S.D.J.