```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
                                  :
 UNITED STATES OF AMERICA         :    ORDER
                                  :
     - v. -                       :    21 Cr. 575 (VM)
                                  :
 ARACELIS SOSA-URENA,             :
                                  :
                 Defendant.       :
                                  :
------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On June 1, 2022 the parties informed the Court by email that they intend to proceed to Magistrate Court for a change of plea hearing on June 15, 2022. Additionally, on June 1, 2022, attorney Ugo Ugeh filed a notice of appearance on behalf of defendant. (Dkt. No. 50.) Accordingly, both the conference scheduled for June 3, 2022 and the trial scheduled to commence on June 8, 2022 shall be canceled.

**SO ORDERED.**

Dated:   New York, New York
         01 June 2022

_Victor Marrero_
U.S.D.J.