UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                  :
UNITED STATES OF AMERICA       :
                                  :     **ORDER**
            - v. -                 :
                                  :     21 Cr. 575 (VM)
ARACELIS SOSA-URENA,           :
     a/k/a "Jullissa Jiminez,"        :
                                  :
            Defendant.            :
                                  :
------------------------------ x

WHEREAS, with the defendant's consent, a change of plea hearing was held before United States Magistrate Judge Stewart D. Aaron on June 29, 2022;

WHEREAS, a transcript of the change of plea hearing was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the letter provided by the Government to former defense counsel pursuant to the suggestion of the Court in *United States v. Pimentel*, 932 F.2d 1029, 1034 (2d Cir. 1991), was transmitted to the District Court; and

WHEREAS, upon review of that transcript, *Pimentel* letter, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

A sentencing shall be set in this matter for November 4, 2022 at 11:00 AM.

SO ORDERED:

Dated:     New York, New York
             _____ July 12 _, 2022

                                               _____
                                                     Victor Marrero
                                                     U.S.D.J.