USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          : **21 CR 0575 (VM)**
        -against-                         :      ORDER
                                          :
ARACELIS SOSA-URENA,                      :
                                          :
                Defendant.                :
------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On November 4, 2022, the Court sentenced defendant Aracelis Sosa-Urena to a term of incarceration of time served.

Accordingly, it is hereby ordered that the defendant be released from custody.

**SO ORDERED:**

Dated:   New York, New York
         November 4, 2022

_____
Victor Marrero
U.S.D.J.